

**NASD Dispute Resolution**
www.nasd.com
Southeast Region
Boca Center • 5200 Town Center Circle • Tower 1 • Suite 200
Boca Raton, FL • 33486-1012 • 561-416-0277 • Fax 301-527-4868



FAXED
504-586-5250

May 15, 2006

Joseph C. Peiffer, Esq.
Correro Fishman Haygood Phelps, et al
201 St. Charles Avenue
46th Floor
New Orleans, LA 70170-4600

Subject:   NASD Dispute Resolution Arbitration Number 03 05687
           Wayland Adams, Teleson Babin and Mary Babin, et al vs. David McFadden and
           Securities America, Inc.

Dear Mr. Peiffer:

In accordance with the NASD Code of Arbitration Procedure (the "Code"), I enclose the decision reached
by the arbitrator(s) in the above-referenced matter.

### Responsibility to Pay Monetary Award

Pursuant to Rule 10330(h) of the Code, the responsible party must pay any monetary awards within 30
days of receipt unless a motion to vacate has been filed with a court of competent jurisdiction. If an
award is not paid within 30 days, the responsible party must pay post-judgment interest at the legal rate
or as provided in the award by the arbitrator(s).

### Tracking Payment of Award

NASD Dispute Resolution has implemented a system of monitoring and tracking compliance with
arbitration awards by members and associated persons. We request prevailing claimants to notify us in
writing when their awards have not been paid within 30 days of receipt of the award, and require member
firms to certify in writing that they have complied with awards against them or their associated persons.
The 30-day period ends on: June 19, 2006.

Written notification concerning award compliance or lack thereof must be directed to:

Jennifer Kozielski
NASD Dispute Resolution
One Liberty Plaza,
165 Broadway, 52nd Floor
New York, NY 10006
212-858-4481 (tel) 301-527-4761 (fax)



EXHIBIT
A

### Expedited Suspension Proceedings for Non-Payment of Awards

Members and associated persons who do not comply with an award in a timely manner are subject to expedited suspension proceedings as set forth in Rule 9554, which is part of the NASD Manual.

### Right to File Motion to Vacate Award

All awards are final and are not subject to review or appeal by the arbitration panel or by NASD Dispute Resolution. Any party wishing to challenge the award must make a motion to vacate the award in a federal or state court of appropriate jurisdiction pursuant to the Federal Arbitration Act, 9 U.S.C. § 10, or applicable state statute. There are limited grounds for vacating an arbitration award, and a party must bring a motion to vacate within the time period specified by the applicable statute. Parties and counsel should consult federal and state statutes and case law to determine the appropriate court, standards, and time limitations in their individual circumstances. NASD Dispute Resolution is not authorized to provide legal advice concerning a motion to vacate.

A motion to vacate, confirm, or modify an arbitration award is a matter only between the parties to the arbitration. NASD Dispute Resolution is not a proper party to post-award motions and should not be named as a party to any post-award motion. However, for cases filed on or after April 12, 2004, if the award contains expungement relief, or if a party seeks expungement relief in court, there may be a duty to name NASD as a party as provided in Rule 2130.

### Questions Concerning Award

Please direct any questions regarding this award to me. **The parties must not contact the arbitrators directly.**

### Forum Fees

Enclosed is an invoice that reflects the fees assessed and any outstanding balances. Fees are payable to NASD Dispute Resolution.

If a refund is due, it will be sent under separate cover. All refunds, even if payment is made by a non-party on behalf of a party, will be made payable to the party and will be sent in care of the party's representative.

### Arbitration Evaluation

As a service organization, the primary goals of NASD Dispute Resolution are the integrity of its process and the satisfaction of its clients. To ensure that we are meeting your needs and satisfying our commitment to you, we need to hear from you. If you have not already done so, please take the time to complete an evaluation of our services, the process, and the arbitrator(s) assigned to your case. For your convenience, we have now made it possible for you to evaluate our services using the Internet. Please direct your Web browser to http://www.nasd.com/arbevaluation. If you do not have Internet access, or have difficulty completing the evaluation online, you may complete the paper version of the evaluation that was previously provided to you and mail it to the address indicated.

If you need another paper copy of the evaluation form, please contact the undersigned. __Whenever possible, however, please use the new online version, as it will help us to review your feedback in a more expeditious and analytical manner.__ Your feedback is a valuable and necessary component in our efforts to serve you better.

Very truly yours,

William J. Cassidy
Senior Attorney
561-447-4900 Fax: 301-527-4868

WJC:WJC:LC09A
rc:4/06

RECIPIENTS:

Joseph C. Peiffer, Esq., Wayland Adams
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Teleson Babin
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Mary Babin
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., The Babin Family Trust
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Willard Beard
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Sharon Bennett, lgl survivr of Richard
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Sharon Bennett
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Eddie Carroll
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Audrey Crochet

Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., James Duty
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Kirby Duty
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., George Franklin
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Louis Gauthier, Jr.
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Charles T. Miller
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., George Ashley Moore
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Russell Normand
Correro Fishman Haygood Phelps, et al, 201 St Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Charles and Candace Norton
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Robert Parent
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Glenn Parrott
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Allen Pourciau
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Warren Richard
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA 70170-4600

Joseph C. Peiffer, Esq., Ronald Richardson
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Bradley Simon
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Carl Smith
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Andrew Spinks
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., M.J. Stallings
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Lionel Theriot
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Richard and Dona White
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

George D. Fagan, Esq., David McFadden
Leake & Andersson, 1100 Poydras St. New Orleans, LA  70163

Joseph C. Peiffer, Esq., George A. Moore and Elaine M. Moore
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Cheryl Taylor
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

George D. Fagan, Esq., Securities America, Inc.
Leake & Andersson, 1100 Poydras St. New Orleans, LA  70163

Joseph C. Peiffer, Esq., Pat Salatich
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Jody Devall & J, A & K as suv for Robt
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Willie and Laverne Baker

Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Arthur and Jacqueline Lambert
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

Joseph C. Peiffer, Esq., Charles O. and Connie Miller
Correro Fishman Haygood Phelps, et al, 201 St. Charles Avenue, 46th Floor,
New Orleans, LA  70170-4600

---

**Award**
**NASD Dispute Resolution**

---

In the Matter of the Arbitration Between:

Names of the Claimants                          Case Number: 03-05687
Wayland Adams
Teleson Babin and Mary Babin, both
individually and in their capacity as Trustees
of the Babin Family Trust
Willie and Laverne Baker
Willard Beard
Sharon Bennett individually and in her capacity
as the legal survivor of Richard Bennett
Eddie Carroll
Audrey Crochet
Jody Devall and Jody, Andrea and Karrie Devall in their
capacity as the legal survivors of Robert Devall
James Duty
Kirby Duty
George Franklin
Louis Gauthier, Jr.
Arthur and Jacqueline Lambert
Charles T. Miller
Charles O. and Connie Miller
George Ashley Moore
George Allen Moore and Elaine Moore
Russell Normand
Charles Norton and Candace Norton
Robert Parent
Glenn Parroll
Russell and Palmer Perque in their capacity
as the legal survivors of Sharon Perque
Allen Pourciau
Warren Richard
Ronald Richardson
Pat Salatich
Bradley Simon
Carl Smith
Andrew Spinks
M.J. Stallings
Cheryl Taylor
Lionel Theriot
Richard White and Dona White

Names of the Respondents                        Hearing Site: New Orleans, LA
David McFadden
Securities America, Inc.

NASD Dispute Resolution
Arbitration No. 03-05687
Award  Page 2

Nature of the Dispute:  Customer vs. Member and Associated Person.

## REPRESENTATION OF PARTIES

For Wayland Adams, Teleson Babin and Mary Babin, both individually and in their capacity as Trustees of The Babin Family Trust, Willie and Laverne Baker, Willard Beard, Sharon Bennett individually and in her capacity as the legal survivor of Richard Bennett, Eddie Carroll, Audrey Crochet, Jody Devall and Jody, Andrea and Karrie Devall in their capacity as the legal survivors of Robert Devall, James Duty, Kirby Duty, George Franklin, Louis Gauthier, Jr., Arthur and Jacqueline Lambert, Charles T. Miller, Charles O. and Connie Miller, George Ashley Moore, George Allen Moore and Elaine Moore, Russell Normand, Charles Norton and Candace Norton, Robert Parent, Glenn Parrott, Russell and Palmer Perque in their capacity as the legal survivors of Sharon Perque, Allen Pourciau, Warren Richard, Ronald Richardson, Pat Salatich, Bradley Simon, Carl Smith, Andrew Spinks, M.J. Stallings, Cheryl Taylor, Lionel Theriot, Richard White and Dona White, hereinafter collectively referred to as "Claimants": James R. Swanson, Esq. and Joseph C. Peiffer, Esq., Correro Fishman Haygood Phelps Walmsley & Casteix, L.L.P., New Orleans, Louisiana.

For David McFadden ("McFadden") and Securities America, Inc. ("SAI"), hereinafter collectively referred to "Respondents": George D. Fagan, Esq., Leake & Anderson, L.L.P., New Orleans, Louisiana.

## CASE INFORMATION

Statement of Claim filed on or about: July 31, 2003.
Amended Statement of Claim filed on or about: September 5, 2003.
Second Amended Statement of Claim filed on or about: October 2, 2003.
Third Amended Statement of Claim filed on or about: December 29, 2003.
Fourth Amended Statement of Claim filed on or about: February 16, 2004.
Fifth Amended Statement of Claim filed on or about: July 26, 2004.

Claimant Wayland Adams signed the Uniform Submission Agreement on: July 20, 2003.
Claimants Teleson Babin and Mary Babin, both individually and in their capacity as Trustees of The Babin Family Trust, signed the Uniform Submission Agreement on: July 1, 2003.
Claimants Willie and Laverne Baker signed the Uniform Submission Agreement on: May 10, 2006.
Claimant Willard Beard signed the Uniform Submission Agreement on: July 30, 2003.
Claimants Richard Bennett and Sharon Bennett signed the Uniform Submission Agreement on: July 23, 2003.
Claimant Eddie Carroll signed the Uniform Submission Agreement on: July 25, 2003.
Claimant Audrey Crochet signed the Uniform Submission Agreement on: July 24, 2003.
Claimants Robert Devall and Jody Devall signed the Uniform Submission Agreement on: January 30, 2004.
Claimant James Duty signed the Uniform Submission Agreement on: June 16, 2003.
Claimant Kirby Duty signed the Uniform Submission Agreement on: June 16, 2003.
Claimant George Franklin signed the Uniform Submission Agreement on: July 1, 2003.

Claimant Louis Gauthier, Jr. signed the Uniform Submission Agreement on: June 18, 2003.
Claimant Arthur Lambert signed the Uniform Submission Agreement on: July 26, 2004.
Claimant Jacqueline Lambert signed the Uniform Submission Agreement on: July 31, 2004.
Claimant Charles T. Miller signed the Uniform Submission Agreement on: July 24, 2003.
Claimants Charles O. and Connie Miller signed the Uniform Submission Agreement on: July 28, 2003.
Claimant George Ashley Moore signed but did not date the Uniform Submission Agreement.
Claimants George Allen Moore and Elaine Moore signed the Uniform Submission Agreement on: September 3, 2003.
Claimant Russell Normand signed the Uniform Submission Agreement on: July 9, 2003.
Claimants Charles Norton and Candace Norton signed the Uniform Submission Agreement on: July 8, 2003.
Claimant Robert Parent signed the Uniform Submission Agreement on: July 8, 2003.
Claimant Glenn Parrott signed the Uniform Submission Agreement on: June 16, 2003.
Claimant Sharon Perque signed the Uniform Submission Agreement on: December 30, 2003.
Claimant Allen Pourciau signed the Uniform Submission Agreement on: July 1, 2003.
Claimant Warren Richard signed the Uniform Submission Agreement on: July 29, 2003.
Claimant Ronald Richardson signed the Uniform Submission Agreement on: June 25, 2003.
Claimant Pat Salatich signed the Uniform Submission Agreement on: December 19, 2003.
Claimant Bradley Simon signed the Uniform Submission Agreement on: June 16, 2003.
Claimant Carl Smith signed the Uniform Submission Agreement on: June 25, 2003.
Claimant Andrew Spinks signed the Uniform Submission Agreement on: July 19, 2003.
Claimant M.J. Stallings signed the Uniform Submission Agreement on: June 26, 2003.
Claimant Cheryl Taylor signed the Uniform Submission Agreement on: September 29, 2003.
Claimant Lionel Theriot signed the Uniform Submission Agreement on: July 14, 2003.
Claimants Richard White and Dona White signed the Uniform Submission Agreement on: July 28, 2003.

Respondents' Statement of Answer to Statement of Claim and Amended Statement of Claim filed on or about: November 18, 2003.
Respondents' Response to Claimants' Third Amended Statement of Claim filed on or about: August 26, 2004.
Respondents' Response to Claimants' Fifth Amended Statement of Claim filed on or about: September 28, 2004.

Respondent McFadden signed the Uniform Submission Agreement on: November 18, 2003.
Respondent SAI signed the Uniform Submission Agreement on: November 10, 2003.

Claimants' Consent Motion to Amend the Third Amended Statement of Claim filed on or about February 16, 2004.

NASD Dispute Resolution
Arbitration No. 03-05687
Award  Page 4

Claimants' Consent Motion to Amend the Fourth Amended Statement of Claim filed on or about: July 26, 2004.

Respondents' Motion for Order of Substitution filed on or about: August 9, 2004.
Claimants' Response to Respondents' Motion for Order of Substitution filed on or about: August 23, 2004.

Respondents' Motion to Sever and Require Separate Arbitrations of Claims filed on or about: September 20, 2004.
Claimants' Opposition to Respondents' Motion to Sever filed on or about: September 27, 2004.
Respondents' Reply to Claimants' Opposition to Motion to Sever filed on or about: September 29, 2004.

Respondents' Motion to Strike Certain of Claimants' Damages Claims filed on or about: November 26, 2004.
Claimants' Response to Respondents' Motion to Strike Certain of Claimants' Damages Claims filed on or about: December 20, 2004.

Claimants' Motion to Exclude Events Subsequent to the Transfer of Claimants' Accounts from Respondents filed on or about: January 14, 2005.
Respondents' Response to Motion to Exclude Events Subsequent to the Transfer of Claimants' Accounts from Respondents filed on or about: January 19, 2005.
Claimants' Reply to Respondents' Response to Motion to Exclude Events Subsequent to the Transfer of Claimants' Accounts from Respondents filed on or about: January 19, 2005.

Claimants' Motion to Add Glenn Gobert as a Claimant filed on or about: March 2, 2005.
Respondents' Opposition to Claimants' Motion to Add Glenn Gobert as a Claimant filed on or about: March 8, 2005.

Claimants' Motion to Substitute Legal Successor for Deceased Party (Sharon Perque) filed on or about: April 20, 2005.

Claimants' Motion to Substitute Legal Successors for Deceased Party (Robert Devall) filed on or about: May 11, 2006.

## CASE SUMMARY

Claimants asserted the following causes of action: 1) unsuitability; 2) breach of contract; 3) breach of fiduciary duty; 4) misrepresentation; 5) violation of Louisiana Blue Sky Laws, LA. REV. STAT. §§ 51:712(A) and 51:512 (D); 6) violation of NASD Rules 2110, 2210, 2310, 2510 and 3010; 7) unauthorized trading; 8) failure to maintain proper records; 9) failure to provide prospectuses; and, 10) failure to supervise. The causes of action relate to unspecified variable annuity and mutual fund purchases in Claimants' retirement accounts.

Unless specifically admitted in their Answers, Respondents denied the allegations made in the Statement of Claim, as amended, and asserted various affirmative defenses.

NASD Dispute Resolution
Arbitration No. 03-05687
Award   Page 5

## RELIEF REQUESTED

Claimants requested: 1) rescission; 2) compensatory damages in an aggregate amount of $22,273,823.81; 3) reasonable attorneys' fees; 4) costs; 5) pre- and post-judgment interest; 6) punitive damages; 7) disgorgement of commissions; and 8) all other relief to which they are entitled.

Respondents requested: 1) dismissal of Claimants' claims, as amended, with prejudice; 2) costs of these proceedings; 3) interest; and, 4) any other relief allowed by any applicable law.

## OTHER ISSUES CONSIDERED AND DECIDED

On or about March 8, 2004, the undersigned arbitrators (the "Panel") entered an order which granted Claimants' Consent Motion to Amend the Third Amended Statement of Claim.

On or about August 17, 2004, the Panel entered an order which granted Claimants' Consent Motion to Amend the Fourth Amended Statement of Claim.

On or about October 4, 2004, the Panel entered an order which denied Respondents' Motion to Sever and Require Separate Arbitration of Claims.

On or about October 7, 2004, the Panel entered an order which granted Respondents' Motion for Order of Substitution. Accordingly, Sharon Bennett was substituted for Richard Bennett (deceased) as a party in this matter.

On or about April 29, 2005, the Panel entered an order which granted Claimants' Motion to Substitute Legal Successor for Sharon Perque. Accordingly, Russell and Palmer Perque were substituted for Sharon Perque (deceased) as parties in this matter.

On or about January 18, 2006, Claimants Russell and Palmer Perque in their capacity as the legal survivors of Sharon Perque dismissed, with prejudice, their claims against Respondents.

On or about May 11, 2006, the Panel entered an order which granted Claimants' Motion to Substitute Legal Successors for Robert Devall. Accordingly, Judy, Andrea and Karrie Devall were substituted for Robert Devall (deceased) as parties in this matter.

During the evidentiary hearing, the Panel denied Respondents' Motion to Strike Certain of Claimants' Damages Claims, Claimants' Motion to Exclude Events Subsequent to the Transfer of Claimants' Accounts from Respondents, and Claimants' Motion to Add Glenn Gobert as a Claimant.

The parties have agreed that the Award in this matter may be executed in counterpart copies.

NASD Dispute Resolution
Arbitration No. 03-05687
Award   Page 6

## AWARD

After considering the pleadings and the testimony and evidence presented at the hearing, the Panel has decided in full and final resolution of the issues submitted for determination as follows:

(1) There shall be judgment in favor of each Claimant, and against the Respondents, David McFadden and Securities America, Inc., jointly and in solido, in the following amounts:

| | |
|---|---:|
| Wayland Adams | $629,740.32 |
| Teleson Babin and Mary Babin, both individually and in their capacity as trustees of the Babin Family Trust | $802,102.35 |
| Willie and Laverne Baker | $170,654.02 |
| Willard Beard | $606,346.89 |
| Sharon Bennett individually and in her capacity as the legal survivor of Richard Bennett | $423,028.08 |
| Eddie Carroll | $436,453.61 |
| Audrey Crochet | $174,678.33 |
| Jody Devall and Jody, Andrea and Karrie Devall in their capacity as the legal survivors of Robert Devall | $ 86,623.29 |
| James Duty | $361,039.32 |
| Kirby Duty | $514,900.10 |
| George Franklin | $414,263.25 |
| Louis Gauthier, Jr. | $159,284.23 |
| Arthur and Jacqueline Lambert | $355,612.57 |
| Charles O. and Connie Miller | $261,536.13 |
| Charles T. Miller | $274,589.31 |
| George Ashley Moore | $476,889.74 |
| George Allen Moore and Elaine Moore | $478,653.61 |
| Russell Normand | $484,575.35 |
| Charles Norton and Candace Norton | $214,119.38 |
| Robert Parent | $402,137.84 |
| Glenn Parrott | $226,104.17 |
| Allen Pourciau | $274,620.78 |
| Warren Richard | $192,741.92 |
| Ronald Richardson | $362,245.70 |
| Pat Salatich | $422,550.13 |
| Bradley Simon | $339,996.25 |
| Carl Smith | $289,575.99 |
| Andrew Spinks | $411,902.56 |
| M.J. Stallings | $ 84,733.83 |
| Cheryl Taylor | $249,337.50 |
| Lionel Theriot | $579,075.31 |
| Richard White and Dona White | $475,988.41 |

NASD Dispute Resolution
Arbitration No. 03-05687
Award  Page 7

In addition, the Respondents shall pay the Louisiana statutory rate of interest on the respective amounts set forth above, to each of the Claimants, from the date of his or her filing a Statement of Claim in this arbitration until paid.

(2) In addition, there shall be judgment in favor of each Claimant, and against the Respondents, jointly and in solido, for attorneys fees, equal to forty percent (40%) of the judgment in favor of each Claimant set forth in paragraph 1 above, with interest at the Louisiana statutory rate thereon from the date of this award until paid. The attorneys' fees are awarded pursuant to the Louisiana Blue Sky Law (La.R.S. 51:714(A)) and La. Civil Code art. 1958.

(3) In addition, there shall be judgment in favor of each Claimant and against the Respondents, jointly and in solido, for costs of $453,924.62.

(4) In addition, there shall be judgment in favor of each Claimant and against the Respondents, jointly and in solido, for punitive damages in the following amounts:

| | |
|---|---|
| Wayland Adams | $189,418.60 |
| Teleson Babin and Mary Babin, both individually and in their capacity as trustees of the Babin Family Trust | $241,263.05 |
| Willie and Laverne Baker | $ 51,330.65 |
| Willard Beard | $182,381.85 |
| Sharon Bennett individually and in her capacity as the legal survivor of Richard Bennett | $127,241.80 |
| Eddie Carroll | $131,280.10 |
| Audry Crochet | $ 52,540.95 |
| Jody Devall and Jody, Andrea and Karrie Devall in their capacity as the legal survivors of Robert Devall | $ 26,055.05 |
| James Duty | $108,596.25 |
| Kirby Duty | $154,876.05 |
| George Franklin | $124,605.60 |
| Louis Gauthier, Jr. | $ 47,910.80 |
| Arthur and Jacqueline Lambert | $106,963.85 |
| Charles O. and Connie Miller | $ 78,667.05 |
| Charles T. Miller | $ 82,593.35 |
| George Ashley Moore | $143,442.60 |
| George Allen Moore and Elaine Moore | $143,973.20 |
| Russell Normand | $145,754.70 |
| Charles Norton and Candace Norton | $ 64,404.55 |
| Robert Parent | $120,968.25 |
| Glenn Parrott | $ 68,009.55 |
| Allen Pourciau | $ 82,602.45 |
| Warren Richard | $ 57,974.35 |
| Ronald Richardson | $108,959.20 |
| Pat Salatich | $127,098.30 |
| Bradley Simon | $102,266.85 |
| Carl Smith | $ 87,100.65 |
| Andrew Spinks | $123,895.45 |

NASD Dispute Resolution
Arbitration No. 03-05687
Award  Page 8

| | |
|---|---|
| M.J. Stallings | $ 26,486.65 |
| Cheryl Taylor | $ 74,997.65 |
| Lionel Theriot | $174,178.90 |
| Richard White and Dona White | $143,171.70 |

In addition, the Respondents shall pay the Louisiana statutory rate of interest on the respective amounts set forth above, to each of the Claimants, from the date of this Award until paid.  Punitive damages are awarded pursuant to: Ehrich v. A.G. Edwards & Sons, Inc., 675 F. Supp. 559 (D.S.D. 1987); Mastrobuono v. Shearson Lehman Hutton, Inc., 514 U.S. 52, 59; Securities Arbitration Procedure Manual, Sec. 14-6; and, The Arbitrator's Manual.

Any and all requests for relief not specifically addressed herein are denied.

## FEES

Pursuant to the NASD Code of Arbitration Procedure (the "Code"), the following fees are assessed:

### Filing Fees
NASD Dispute Resolution will retain or collect the non-refundable filing fees for each claim:

| | |
|---|---|
| Initial claim filing fee | = $   600.00 |

### Member Fees
Member fees are assessed to each member firm that is a party in these proceedings or to the member firm(s) that employed the associated person(s) at the time of the event(s) giving rise to the dispute.  Accordingly, SAI is a party and a member firm.

| | |
|---|---|
| Member surcharge | = $ 3,750.00 |
| Pre-hearing process fee | = $   750.00 |
| Hearing process fee | = $ 5,500.00 |
| Total Member Fees | = $10,000.00 |

### Adjournment Fees
Adjournments granted during these proceedings for which fees were assessed:

There were no adjournment fees assessed during these proceedings.

### Three-Day Cancellation Fees
Fees apply when a hearing on the merits is postponed or settled within three business days before the start of a scheduled hearing session:

There were no three-day cancellation fees assessed during these proceedings.

### Injunctive Relief Fees
Injunctive relief fees are assessed to each member or associated person who files for a temporary injunction in court.  Parties in these cases are also assessed arbitrator travel expenses and costs when an arbitrator is required to travel outside his or her hearing location and additional arbitrator honoraria for the hearing for permanent injunction.

NASD Dispute Resolution
Arbitration No. 03-05687
Award   Page 9

These fees, except the injunctive relief surcharge, are assessed equally against each party unless otherwise directed by the Panel.

There were no injunctive relief fees assessed during these proceedings.

## Forum Fees and Assessments

The Panel has assessed forum fees for each session conducted. A session is any meeting between the parties and the arbitrator(s), including a pre-hearing conference with the arbitrator(s), that lasts four (4) hours or less. Fees associated with these proceedings are:

One (1) Pre-hearing session with a single arbitrator @ $450.00/session = $  450.00
Pre-hearing conference:    April 27, 2005              1 session

Eight (8) Pre-hearing sessions with the Panel @ $1,200.00/session        = $9,600.00
Pre-hearing conferences:   March 19, 2004             1 session
                           August 26, 2004            1 session
                           September 30, 2004         1 session
                           November 12, 2004          1 session
                           November 15, 2004          1 session
                           March 9, 2005              1 session
                           October 6, 2005            1 session
                           March 1, 2006              1 session

One Hundred Seventy-Seven (177) Hearing sessions @ $1,200.00    = $212,400.00
Hearing dates:             November 29, 2004          2 sessions
                           November 30, 2004          2 sessions
                           December 1, 2004           2 sessions
                           December 2, 2004           2 sessions
                           December 3, 2004           2 sessions
                           December 13, 2004          2 sessions
                           December 14, 2004          2 sessions
                           December 20, 2004          2 sessions
                           December 21, 2004          2 sessions
                           December 22, 2004          2 sessions
                           January 3, 2005            2 sessions
                           January 4, 2005            2 sessions
                           January 5, 2005            2 sessions
                           January 6, 2005            2 sessions
                           January 7, 2005            2 sessions
                           January 10, 2005           2 sessions
                           January 24, 2005           2 sessions
                           January 25, 2005           2 sessions
                           January 26, 2005           2 sessions
                           January 27, 2005           2 sessions
                           January 28, 2005           2 sessions
                           January 31, 2005           2 sessions
                           February 1, 2005           2 sessions
                           February 2, 2005           2 sessions

NASD Dispute Resolution
Arbitration No. 03-05687
Award  Page 10

| | |
|---|---|
| February 3, 2005 | 2 sessions |
| February 4, 2005 | 2 sessions |
| February 17, 2005 | 2 sessions |
| February 18, 2005 | 2 sessions |
| February 21, 2005 | 2 sessions |
| February 22, 2005 | 2 sessions |
| February 23, 2005 | 2 sessions |
| February 24, 2005 | 2 sessions |
| February 25, 2005 | 2 sessions |
| March 16, 2005 | 2 sessions |
| March 17, 2005 | 2 sessions |
| March 18, 2005 | 2 sessions |
| May 2, 2005 | 2 sessions |
| May 3, 2005 | 2 sessions |
| May 4, 2005 | 2 sessions |
| May 5, 2005 | 2 sessions |
| May 6, 2005 | 2 sessions |
| June 6, 2005 | 1 session |
| June 7, 2005 | 3 sessions |
| June 8, 2005 | 2 sessions |
| June 9, 2005 | 2 sessions |
| June 10, 2005 | 2 sessions |
| June 28, 2005 | 2 sessions |
| June 30, 2005 | 2 sessions |
| July 12, 2005 | 3 sessions |
| July 13, 2005 | 2 sessions |
| August 2, 2005 | 2 sessions |
| August 3, 2005 | 2 sessions |
| August 4, 2005 | 2 sessions |
| August 5, 2005 | 2 sessions |
| August 8, 2005 | 2 sessions |
| August 9, 2005 | 2 sessions |
| August 10, 2005 | 2 sessions |
| August 11, 2005 | 2 sessions |
| August 12, 2005 | 1 session |
| August 18, 2005 | 2 sessions |
| August 19, 2005 | 2 sessions |
| October 27, 2005 | 2 sessions |
| October 28, 2005 | 2 sessions |
| November 10, 2005 | 2 sessions |
| November 11, 2005 | 2 sessions |
| November 21, 2005 | 2 sessions |
| November 22, 2005 | 2 sessions |
| November 23, 2005 | 2 sessions |
| January 3, 2006 | 2 sessions |
| January 4, 2006 | 2 sessions |
| January 5, 2006 | 2 sessions |
| January 6, 2006 | 2 sessions |
| January 23, 2006 | 2 sessions |

NASD Dispute Resolution
Arbitration No. 03-05687
Award   Page 11

| | |
|---|---|
| January 24, 2006 | 2 sessions |
| February 1, 2006 | 2 sessions |
| February 2, 2006 | 2 sessions |
| February 3, 2006 | 2 sessions |
| February 8, 2006 | 2 sessions |
| February 9, 2006 | 3 sessions |
| February 10, 2006 | 3 sessions |
| March 13, 2006 | 1 session |
| March 14, 2006 | 2 sessions |
| March 15, 2006 | 2 sessions |
| March 16, 2006 | 3 sessions |
| March 17, 2006 | 2 sessions |
| March 23, 2006 | 2 sessions |
| April 13, 2006 | 3 sessions |

Total Forum Fees                                              = $222,450.00

The Panel has assessed the total forum fees of $222,450.00 to Respondents, jointly and severally.

**Administrative Costs**
Administrative costs are expenses incurred due to a request by a party for special services beyond the normal administrative services. These include, but are not limited to, additional copies of arbitrator awards, copies of audio transcripts, retrieval of documents from archives, interpreters, and security.

There were no administrative costs incurred during these proceedings.

**Fee Summary**

Claimants are jointly and severally liable for:

| | | |
|---|---|---|
| Initial Filing Fee | = $ | 600.00 |
| Total Fees | = $ | 600.00 |
| Less Payments | = $ | 600.00 |
| Balance Due NASD Dispute Resolution | = $ | 0.00 |

Respondent SAI is solely liable for:

| | | |
|---|---|---|
| Member Fees | – $ | 10,000.00 |
| Total Fees | = $ | 10,000.00 |
| Less payments | = $ | 10,000.00 |
| Balance Due NASD Dispute Resolution | = $ | 0.00 |

Respondents are jointly and severally liable for:

| | | |
|---|---|---|
| Forum Fees | = $222,450.00 |
| Total Fees | = $222,450.00 |
| Less payments | = $ | 0.00 |
| Balance Due NASD Dispute Resolution | = $222,450.00 |

All balances are payable to NASD Dispute Resolution and are due upon receipt pursuant to Rule 10330(g) of the Code.

NASD Dispute Resolution
Arbitration No. 03-05687
Award   Page 12

## ARBITRATION PANEL

C. Ellis Henican, Jr., Esq.  Public Arbitrator, Presiding Chairperson
Leonard J. Sullivan, Esq.  Public Arbitrator
Michael F. Brown, Esq.  Non-Public Arbitrator

### Concurring Arbitrators' Signatures


_____/s/_____
C. Ellis Henican, Jr., Esq.          Signature Date
Public Arbitrator, Presiding Chairperson


_____/s/_____
Leonard J. Sullivan, Esq.          Signature Date
Public Arbitrator


_____/s/_____
Michael F. Brown, Esq.          Signature Date
Non-Public Arbitrator

May 15, 2006
Date of Service  (For NASD Dispute Resolution office use only)

NASD Dispute Resolution
Arbitration No. 03-05687
Award  Page 12

## ARBITRATION PANEL

C. Ellis Henican, Jr., Esq.          Public Arbitrator, Presiding Chairperson
Leonard J. Sullivan, Esq.            Public Arbitrator
Michael F. Brown, Esq.               Non-Public Arbitrator

### Concurring Arbitrators' Signatures

_C. Ellis Henican, Jr._              _May 15, 2006_
C. Ellis Henican, Jr., Esq.          Signature Date
Public Arbitrator, Presiding Chairperson


_____              _____
Leonard J. Sullivan, Esq.            Signature Date
Public Arbitrator


_____              _____
Michael F. Brown, Esq.               Signature Date
Non-Public Arbitrator


_____
Date of Service  (For NASD Dispute Resolution office use only)

NASD Dispute Resolution
Arbitration No. 03-05687
Award  Page 12

## ARBITRATION PANEL

C. Ellis Henican, Jr., Esq.          Public Arbitrator, Presiding Chairperson
Leonard J. Sullivan, Esq.            Public Arbitrator
Michael F. Brown, Esq.               Non-Public Arbitrator

## Concurring Arbitrators' Signatures


C. Ellis Henican, Jr., Esq.                          Signature Date
Public Arbitrator, Presiding Chairperson


*Leonard J. Sullivan*                                5/12/06
Leonard J. Sullivan, Esq.                            Signature Date
Public Arbitrator


Michael F. Brown, Esq.                               Signature Date
Non-Public Arbitrator


Date of Service  (For NASD Dispute Resolution office use only)

NASD Dispute Resolution
Arbitration No. 03-05687
Award  Page 12

## ARBITRATION PANEL

C. Ellis Henican, Jr., Esq.        Public Arbitrator, Presiding Chairperson
Leonard J. Sullivan, Esq.          Public Arbitrator
Michael F. Brown, Esq.             Non-Public Arbitrator

### Concurring Arbitrators' Signatures

_____          _____
C. Ellis Henican, Jr., Esq.                Signature  Date
Public Arbitrator, Presiding Chairperson


_____          _____
Leonard J. Sullivan, Esq.                  Signature  Date
Public Arbitrator

_____          _____
Michael F. Brown, Esq.                     May 11, 2006
Non-Public Arbitrator                      Signature  Date


_____
Date of Service  (For NASD Dispute Resolution office use only)

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Wayland Adams (CW)
     , LA

Invoice#: 03-05687-2485-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/05/2003 | | Check No. 007660 | | $1,200.00 | | |
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 08/25/2003 | | Check No: 3567 | | $600.00 | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |
| 05/11/2006 | | Filing Fee - Initial Claim Partial Refun | | -$1,200.00 | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $2,000.00 |
| Credits By Others: | | $.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $1,200.00 |

Balance Due:                          $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

    Teleson Babin
    Mary Babin
    The Babin Family Trust
    Willard Beard
    Sharon Bennett, lgl survivr of Richard
    Sharon Bennett
    Eddie Carroll
    Audrey Crochet
    James Duty
    Kirby Duty
    George Franklin
    Louis Gauchier, Jr.
    Charles T. Miller
    George Ashley Moore
    Russell Normand
    Charles and Candace Norton
    Robert Parent
    Glenn Parrott
    Allen Pourciau
    Warren Richard
    Ronald Richardson
    Bradley Simon
    Carl Smith
    Andrew Spinks
    M.J. Stallings

STATEMENT OF ACCOUNT

Lionel Theriot
Richard and Dona White
George A. Moore and Elaine M. Moore
Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Havall & J. A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

NJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL  33486

As of:  05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Teleson Babin (CW)
    , LA

Invoice#: 03-05687-2486-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                        $.00
Arbitration Fee Total:                    $600.00
Total Fees:                               $600.00
Credits To Date:                                        $.00
Credits By Others:                                    $600.00
Less Credits To Others:                                 $.00
Less Refunds:                                           $.00

Balance Due:                                $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, 1g1 survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        N.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaina M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O  and Connie Millar

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175 9530

WJC: XF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL. 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
      Correro Fishman Haygood Phelps, et al
      201 St. Charles Avenue
      46th Floor
      New Orleans, LA  70170-4600

FOR: Mary Babin (C#)
      , LA

Invoices: 03-05687-2487-FL

Case Number: 03-05687
      Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs
            David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced; Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |

Balance Due:                                    $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

          Wayland Adams
          Teleson Babin
          The Babin Family Trust
          Willard Beard
          Sharon Bennett, lgl survivr of Richard
          Sharon Bennett
          Eddie Carroll
          Audrey Crochet
          James Duty
          Kirby Duty
          George Franklin
          Louis Gauthier, Jr.
          Charles T. Miller
          George Ashley Moore
          Russell Normand
          Charles and Candace Norton
          Robert Parent
          Glenn Parrott
          Allen Pourciau
          Warren Richard
          Ronald Richardson
          Bradley Simon
          Carl Smith
          Andrew Spinks
          N.J. Stallings
          Lionel Theriot
          Richard and Dona White
          George A. Moore and Elaine N. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

WMSD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: KFUZA

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

AS OF: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: The Babin Family Trust (CW)
    Teleson and Mary Babin, Co-Trustees
    , LA

Invoice#: 03-05687-2488-FL

Case Number: 03 05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
    David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:     $.00
Arbitration Fee Total:     $600.00
Total Fees:     $600.00
Credits To Date:     $.00
Credits By Others:     $600.00
Less Credits To Others:     $.00
Less Refunds:     $.00

Balance Due:     $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

    Wayland Adams
    Teleson Babin
    Mary Babin
    Willard Beard
    Sharon Bennett, lgl survivr of Richard
    Sharon Bennett
    Eddie Carroll
    Audrey Crochet
    James Duty
    Kirby Duty
    George Franklin
    Louis Gauthier, Jr.
    Charles T. Miller
    George Ashley Moore
    Russell Normand
    Charles and Candace Norton
    Robert Parent
    Glenn Parrott
    Allen Pourciau
    Warren Richard
    Ronald Richardson
    Bradley Simon
    Carl Smith
    Andrew Spinks
    M.J. Stallings
    Lionel Theriot
    Richard and Dona White

STATEMENT OF ACCOUNT

George A. Moore and Elaine M Moore
Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC· RFP22

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170 4600

FOR: Willard Beard (CW)
     , LA

Invoiced: 03-05687-2489-FL

Case Number: 03-05687
     Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|-------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fees Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |
| Balance Due: | $.00 | |

* Transactions indicate joint and several responsibility

Others responsible for payment:

Wayland Adams
Teleson Babin
Mary Babin
The Babin Family Trust
Sharon Bennett, ip1 survivr of Richard
Sharon Bennett
Eddie Carroll
Audrey Crochet
James Duty
Kirby Duty
George Franklin
Louis Gauthier, Jr.
Charles T. Miller
George Ashley Moore
Russell Normand
Charles and Candaca Norton
Robert Parent
Glenn Perrott
Allen Pourciau
Warren Richard
Ronald Richardson
Bradley Simon
Carl Smith
Andrew Spinks
M.J. Stallings
Lionel Theriot
Richard and Dona White
George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Duvall & J. A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NACD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA 19175-9590

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL  33486

As of:  05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170 4600

FOR: Sharon Bennett, lgl survivr of Richard (CW)
     Sharon Bennett, the legal survivor of
     Richard Bennett
     , LA

Invoice#: 03-05687-2490-FL

Case Number: 03-05687
     Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|-------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                            $.00
Arbitration Fee Total:                          $600.00
Total Fees:                                     $600.00
Credits To Date:                                          $.00
Credits By Others:                                        $600.00
Less Credits To Others:                                   $.00
Less Refunds:                                             $.00

Balance Due:                                    $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles Y. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot

STATEMENT OF ACCOUNT

Richard and Dona White
George A. Moore and Elaine M. Moore
Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J, R & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
DPSAD
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Sharon Bennett (CW)
     , LA

Invoice#: 03-05687-2691-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|-------|-------------|-----------|---------|-----------|------------|
| 00/10/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                           $.00
Arbitration Fee Total:                       $600.00
Total Fees:                                  $600.00
Credits To Date:                                          $.00
Credits By Others:                                     $600.00
Less Credits To Others:                                   $.00
Less Refunds:                                             $.00

Balance Due:                                   $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Parque, legal survivr
Jody Devall & J, A & R as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W953N
P.O. Box 7777
Philadelphia, PA 19175-9830

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Eddie Carroll (CW)
    , LA

Invoice#: 03-05687-2492-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/12/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/12/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                        $.00
Arbitration Fee Total:                      $600.00
Total Fees:                                 $600.00
Credits To Date:                                        $.00
Credits By Others:                                      $600.00
Less Credits To Others:                                 $.00
Less Refunds:                                           $.00

Balance Due:                                $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Newall & J, A & K as snv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O  and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9590

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Audrey Crochet (CW)
    , LA

Invoice#: 03-05687-2493-FL

Case Number: 03-05687
    Name: Wayland Adams, Telesom Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |

Balance Due:                          $.00

* Transactions indicate joint and several responsibility

Others responsible for payment.

           Wayland Adams
           Telesom Babin
           Mary Babin
           The Babin Family Trust
           Willard Beard
           Sharon Bennett, Igl survivr of Richard
           Sharon Bennett
           Eddie Carroll
           James Duty
           Kirby Duty
           George Franklin
           Louis Gauthier, Jr.
           Charles T. Miller
           George Ashley Moore
           Russell Normand
           Charles and Candace Norton
           Robert Parent
           Glenn Parrott
           Allen Pourciau
           Warren Richard
           Ronald Richardson
           Bradley Simon
           Carl Smith
           Andrew Spinks
           M.J. Stallings
           Lionel Theriot
           Richard and Dona White
           George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salstich
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as guv for Robt
Willie and Laverne Baker
Arthur and Jacquelina Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL  33486

As of:  05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170 4600

FOR: James Duty (CW)
     , LA

Invoice#: 03-05687-2494-FC

Case Number: 03-05687
       Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
             David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                   $.00
Arbitration Fee Total:               $600.00
Total Fees:                          $600.00
Credits To Date:                               $.00
Credits By Others:                           $600.00
Less Credits To Others:                        $.00
Less Refunds:                                  $.00

Balance Due:                           $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, 1gl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        W.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Duvall & J. A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA 19175-0530

WJC: RYUZA

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL  33486

As of:  05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170 4600

FOR: Kirby Duty (CW)
     , LA

Invoice#: 03-05687-2495-FL

Case Number: 03-05687
       Name: Wayland Adams, Telesou Babin and Mary Babin, et al vs.
             David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|------|------|------|------|------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |
| Balance Due: | $.00 | |

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        N.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller


Please Make Check Payable to:

NADD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: KFUJA

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 400
Boca Raton, FL  33486

As of:  05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: George Franklin (CW)
     , LA

Invoices: 03-05687-2495-FL

Case Number: 03-05687
     Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced. Hearing Session Deposit    Initial Claim | $1,200.00 | | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | 0.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | 0.00 |
| | | |
| Balance Due: | $.00 | |

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Thoriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NACD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RJ02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Louis Gauthier, Jr. (CW)
     , LA

Invoice#: 03-05687-2497-PL

Case Number: 03-05687
     Name: Wayland Adams, Teleann Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |
| Balance Due: | $.00 | |

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleann Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl surivvr of Richard
        Oberon Bennett
        Eddie Carroll
        Audrey Crochet
        James Dury
        Kirby Duty
        George Franklin
        Charles T. Miller
        George Ashley Moore
        Russell Mormaud
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Newall & J. A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NACD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA 19175-9530

WJC: KPUZA

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Charles T. Miller (CW)
     , LA

Invoice: 03-05687-2498-FL

Case Number: 03-05687
       Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
             David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|------|------|------|------|------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | $1,200.00 | | | |

| | | |
|------|------|------|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |
| Balance Due: | $.00 | |

* Transactions indicate joint and several responsibility

Others responsible for payment.

       Wayland Adams
       Teleson Babin
       Mary Babin
       The Babin Family Trust
       Willard Beard
       Sharon Bennett, lgl survivr of Richard
       Sharon Bennett
       Eddie Carroll
       Audrey Crochet
       James Duty
       Kirby Duty
       George Franklin
       Louis Gauthier, Jr.
       George Ashley Moore
       Russell Normand
       Charles and Candace Norton
       Robert Parent
       Glenn Parrott
       Allen Pourciau
       Warren Richard
       Ronald Richardson
       Bradley Simon
       Carl Smith
       Andrew Spinks
       M.J. Stallings
       Lionel Theriot
       Richard and Dona White
       George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as suv for Rohr
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O  and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9510

MJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: George Ashley Moore (CW)
    , LA

INVOICES: 03-05687-2499-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|------|------|------|------|------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced. Hearing Session Deposit - Initial Claim | $1,200.00 | | | |

| | | |
|------|------|------|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |
| Balance Due: | $.00 | |

* Transactions indicate joint and several responsibility

Others responsible for payment.

    Wayland Adams
    Teleson Babin
    Mary Babin
    The Babin Family Trust
    Willard Beard
    Sharon Bennett, lgl survivr of Richard
    Sharon Bennett
    Eddie Carroll
    Audrey Crochet
    James Duty
    Kirby Duty
    George Franklin
    Louis Gauthier, Jr.
    Charles T. Miller
    Russell Normand
    Charles and Candace Norton
    Robert Parent
    Glenn Parrott
    Allen Pourciau
    Warren Richard
    Ronald Richardson
    Bradley Simon
    Carl Smith
    Andrew Spinks
    N.J. Stallings
    Lionel Theriot
    Richard and Dona White
    George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J. A & X as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
M9530
P.O. Box 7777
Philadelphia. PA  19175-9530

NJC: RFOZA

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As Of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Russell Normand (CW)
     , LA

Invoice#: 03-05687-2500-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                                      $.00
Arbitration Fee Total:                                    $600.00
Total Fees:                                               $600.00
Credits To Date:                                                      $.00
Credits By Others:                                                    $600.00
Less Credits To Others:                                               $.00
Less Refunds:                                                         $.00

Balance Due:                                              $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Charon Demott
        Eddie Carroll
        Audrey Crochet
        James Duhy
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J. A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/13/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Charles and Candace Norton (CW)
     Charles and Candace Norton
     , LA

Invoice#: 03-05697-2501-FL

Case Number: 03-05697
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |
| Balance Due: | $.00 | |

* Transactions indicate joint and several responsibility

Others responsible for payment:

    Wayland Adams
    Teleson Babin
    Mary Babin
    The Babin Family Trust
    Willard Beard
    Sharon Bennett, lgl survivr of Richard
    Sharon Bennett
    Eddie Carroll
    Audrey Crochet
    James Duty
    Kirby Duty
    George Franklin
    Louis Gauthier, Jr.
    Charles T. Miller
    George Ashley Moore
    Russell Normand
    Robert Parent
    Glenn Parrott
    Allen Pourciau
    Warren Richard
    Ronald Richardson
    Bradley Simon
    Carl Smith
    Andrew Spinks
    M.J. Stallings
    Lionel Theriot
    Richard and Dona White

STATEMENT OF ACCOUNT

George A. Moore and Elaine M. Moore
Cheryl Taylor
Pat Selatich
Russell & Palmer Perque. legal survivr
Jody Devell & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Millar

Please Make Check Payable to:

NASD Dispute Resolution
N9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 300
Boca Raton, FL 33486

As of:  05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Robert Parent (CW)
     , LA

Invoice: 02-05687-3502-FL

Case Number: 03-05687
     Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|--------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

| | |
|---|---|
| Mediation Fee Total: | $.00 |
| Arbitration Fee Total: | $600.00 |
| Total Fees: | $600.00 |
| Credits To Date: | $.00 |
| Credits By Others: | $600.00 |
| Less Credits To Others: | $.00 |
| Less Refunds: | $.00 |

Balance Due:                                        $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, igl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Cauchet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Cenance Norton
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverna Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NAAD Dispute Resolution
N9530
P.O. BOX 7777
Philadelphia, PA  19175-9530

WJC: RP03A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Glenn Parrott (CW)
     , LA

INVOICE#: 03-05687-2503-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced. Hearing Session Deposit   Initial Claim | $1,200.00 | | | |

| | |
|---|---|
| Mediation Fee Total: | $.00 |
| Arbitration Fee Total: | $600.00 |
| Total Fees: | $600.00 |
| Credits To Date: | $.00 |
| Credits By Others: | $600.00 |
| Less Credits To Others: | $.00 |
| Less Refunds: | $.00 |
| Balance Due: | $.00 |

* Transactions indicate joint and several responsibility

Others responsible for payment.

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, 1g1 survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Seletich
Russell & Palmer Perque, legal survivr
Jody Devall & J. A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

WARD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF03A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correra Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Allen Pourciau (CW)
     , LA

Invoice#: 03-05687-2504-FL

Case Number: 03-05687
    Name: Wayland Adams, Toleeon Babin and Mary Babin, et al vs
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|----------------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced. Hearing Session Deposit   Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                             $.00
Arbitration Fee Total:                         $600.00
Total Fees:                                    $600.00
Credits To Date:                                          $.00
Credits By Others:                                     $600.00
Less Credits To Others:                                  $.00
Less Refunds:                                            $.00

Balance Due:                                   $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Toleeon Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Solatich
Russell & Palmer Perque, legal survivi
Jody Devall & J, A & K as guv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC. RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of. 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Warren Richard (CW)
    , LA

Invoice: 03-00687-2505-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|------|------|------|------|------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | - | Reduced. Hearing Session Deposit  Initial Claim | $1,200.00 | | | |

| | |
|------|------|
| Mediation Fee Total: | $.00 |
| Arbitration Fee Total: | $600.00 |
| Total Fees: | $600.00 |
| Credits To Date: | $.00 |
| Credits By Others: | $600.00 |
| Less Credits To Others: | $.00 |
| Less Refunds: | 0.00 |
| Balance Due: | $.00 |

* Transactions indicate joint and several responsibility

Others responsible for payment:

    Wayland Adams
    Teleson Babin
    Mary Babin
    The Babin Family Trust
    Willard Beard
    Sharon Bennett, lgl survivr of Richard
    Sharon Bennett
    Eddie Carroll
    Audrey Crochet
    James Duty
    Kirby Duty
    George Franklin
    Louis Gauthier, Jr.
    Charles T. Miller
    George Ashley Moore
    Russell Normand
    Charles and Candace Norton
    Robert Parent
    Glenn Parrott
    Allen Pourciau
    Ronald Richardson
    Bradley Simon
    Carl Smith
    Andrew Spinks
    M.J. Stallings
    Lional Theriot
    Richard and Dona White
    George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivi
Jody Devall & J. A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJG: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Ronald Richardson (CW)
     , LA

INVOICES: 03-05687-2506-FL

Case Number: 03-05687
        Name: Wayland Adams, Toleson Babin and Mary Babin, et al vs.
              David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|------|------|------|------|------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced. Hearing Session Deposit - Initial Claim | $1,200.00 | | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |
| Balance Due: | $.00 | |

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Toleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J. A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
M9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of. 05/13/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Bradley Simon (CW)
     , LA

Invoice#: 03-05609-2507-FL

Case Number: 03-05687
        Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs
              David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|------|------|------|------|------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit   Initial Claim | -$1,200.00 | | | |

| | | |
|------|------|------|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |

Balance Due:                                            $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Judy Duvall & J. A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJU: KF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of, 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Carl Smith (CW)
     , LA

Invoice#. 03-05607-2500-FL

Case Number: 03-05607
    Name. Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|------|------|------|------|------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 06/11/2006 | * | Reduced: Hearing Session Deposit   Initial Claim | $1,200.00 | | | |

| | | |
|---|---|---|
| Mediation Fee Total: | $.00 | |
| Arbitration Fee Total: | $600.00 | |
| Total Fees: | $600.00 | |
| Credits To Date: | | $.00 |
| Credits By Others: | | $600.00 |
| Less Credits To Others: | | $.00 |
| Less Refunds: | | $.00 |

Balance Due:                                    $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

    Wayland Adams
    Teleson Babin
    Mary Babin
    The Babin Family Trust
    Willard Beard
    Sharon Bennett, lgl survivr of Richard
    Sharon Bennett
    Eddie Carroll
    Audrey Crocnet
    James Duty
    Kirby Duty
    George Franklin
    Louis Geuthier, Jr.
    Charles T. Miller
    George Ashley Moore
    Russell Normand
    Charles and Candace Norton
    Robert Parent
    Glenn Parrott
    Allen Fourdiau
    Warren Richard
    Ronald Richardson
    Bradley Simon
    Andrew Spinks
    M.J. Stallings
    Lionel Theriot
    Richard and Dona White
    George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Judy Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller


Please Make Check Payable to:

MARD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

MJL: KFUJA

STATEMENT OF ACCOUNT

WARD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Andrew Spinks (CW)
    , TA

Invoices: 03-05687-2502-FL

Case Number: 03-05687
    Name. Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

| | |
|---|---|
| Mediation Fee Total: | $.00 |
| Arbitration Fee Total: | $600.00 |
| Total Fees: | $600.00 |
| Credits To Date: | $.00 |
| Credits By Others: | $600.00 |
| Less Credits To Others: | $.00 |
| Less Refunds: | $.00 |
| Balance Due: | $.00 |

* Transactions indicate joint and several responsibility

Others responsible for payment.

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, 1gl survivr of Richard
        Charon Bennett
        Eddie Carroll
        Audrey Crochet
        Jaman Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        M.J. Stallings
        Lional Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal surviv:
Jody Devall & J, A & X as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC. RPC3A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: M.J. Stallings (CW)
     , LA

Invoice#: 03-05007-2510-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced- Hearing Session Deposit   Initial Claim | $1,200.00 | | | |

Mediation Fee Total:                          $.00
Arbitration Fee Total:                        $600.00
Total Fees:                                   $600.00
Credits To Date:                                        $.00
Credits By Others:                                      $600.00
Less Credits To Others:                                 $.00
Less Refunds:                                           $.00

Balance Due:                                  $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        Lionel Theriot
        Richard and Dona White
        George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J. A & R as suv for Rohr
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Lionel Theriot (CW)
    . LA

Involve#: 03-06687-2511-FL

Case Number: 03-06687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
    David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|-------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:    $.00
Arbitration Fee Total:    $600.00
Total Fees:    $600.00
Credits To Date:    $.00
Credits By Others:    $600.00
Less Credits To Others:    $.00
Less Refunds:    $.00

Balance Due:    $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

    Wayland Adams
    Teleson Babin
    Mary Babin
    The Babin Family Trust
    Willard Beard
    Sharon Bennett, lgl survivr of Richard
    Sharon Bennett
    Eddie Carroll
    Audrey Crochet
    James Duty
    Kirby Duty
    George Franklin
    Louis Gauthier, Jr.
    Charles T. Miller
    George Ashley Moore
    Russell Normand
    Charles and Candace Norton
    Robert Parent
    Glenn Parrott
    Allen Pourciau
    Warren Richard
    Ronald Richardson
    Bradley Simon
    Carl Smith
    Andrew Spinks
    M.J. Stallings
    Richard and Dona White
    George A. Moore and Elaine M. Moore

STATEMENT OF ACCOUNT

Cheryl Taylor
Pat Salatich
Russell & Palmer Verque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
N9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Richard and Dona White (CW)
     Richard and Dona White
     , LA

Invoice#: 03-05687-2512-FL

Case Number: 03-05687
     Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                    $.00
Arbitration Fee Total:                  $600.00
Total Fees:                             $600.00
Credits To Date:                                       $.00
Credits By Others:                                     $600.00
Less Credits To Others:                                $.00
Less Refunds:                                          $.00

Balance Due:                            $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

       Wayland Adams
       Teleson Babin
       Mary Babin
       The Babin Family Trust
       Willard Beard
       Sharon Bennett, lgl survivr of Richard
       Sharon Bennett
       Eddie Carroll
       Audrey Crochet
       James Duty
       Kirby Duty
       George Franklin
       Louis Gauthier, Jr.
       Charles T. Miller
       George Ashley Moore
       Russell Normand
       Charles and Candace Norton
       Robert Parent
       Glenn Parrott
       Allen Pourciau
       Warren Richard
       Ronald Richardson
       Bradley Simon
       Carl Smith
       Andrew Spinks
       N.J. Stallings
       Lionel Theriot

STATEMENT OF ACCOUNT

George A  Moore and Elaine M. Moore
Cheryl Taylor
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of. 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: George A. Moore and Elaine M. Moore (CW)
     George A. Moore and Elaine M. Moore
     Baton Rouge Area, LA

Invoice#: 03-05687-2514-PL

Case Number: 03 05687
     Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee   Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                              $.00
Arbitration Fee Total:                          $600.00
Total Fees:                                     $600.00
Credits To Date:                                              $.00
Credits By Others:                                          $600.00
Less Credits To Others.                                       $.00
Less Refunds:                                                 $.00

Balance Due:                                      $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Ronne Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot

STATEMENT OF ACCOUNT

Richard and Dona White
Cheryl Taylor
Pat Delarich
Russell & Palmar Perque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

MJC: RF02A

STATEMENT OF ACCOUNT


NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486


As of. 05/15/2006


TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al.
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600


FOR: Cheryl Taylor (CW)
    , FL


Invoice#. 03-05607-2010-FL


Case Number: 03-05607
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs
          David McFadden and Securities America, Inc.


| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|-------------|-----------|---------|-----------|-----------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/12/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit. Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                      $.00
Arbitration Fee Total:                    $600.00
Total Fees:                               $600.00
Credits To Date:                                        0.00
Credits By Others:                                      $600.00
Less Credits To Others:                                 $.00
Less Refunds.                                           $.00

Balance Due:                              $.00


* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White

STATEMENT OF ACCOUNT

George A. Moore and Elaina M. Moore
Pat Salatich
Russell & Palmer Perque, legal survivr
Jody Davall & J. A & K as suv for Robt
Willie and Leverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
N9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC. RF03A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Pat Babin (CW)
     , LA

Invoice#: 03 05C07 2517 FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 08/11/2006 | * | Reduced. Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                    $.00
Arbitration Fee Total:                  $600.00
Total Fees:                             $600.00
Credits To Date:                                        $.00
Credits By Others:                                      $600.00
Less Credits To Others:                                 $.00
Less Refunds:                                           $.00

Balance Due:                            $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White

STATEMENT OF ACCOUNT

George A. Moore and Elaine M. Moore
Cheryl Taylor
Russell & Palmer Perque, legal survivr
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Russell & Palmer Perque, legal survivr (LW)
     Russell and Palmer Perque as legal
     survivors of Sharon Perque
     , LA

Invoice#: 03-05687-2S18-FL

Case Number: 03-05687
    Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
          David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|-------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                              $.00
Arbitration Fee Total:                          $600.00
Total Fees:                                     $600.00
Credits To Date:                                            $.00
Credits By Others:                                        $600.00
Less Credits To Others:                                     $.00
Less Refunds:                                               $.00

Balance Due:                                    $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings

STATEMENT OF ACCOUNT

Lionel Theriot
Richard and Dona White
George A. Moore and Elaine M. Moore
Cheryl Taylor
Pat Salatich
Jody Devall & J, A & K as suv for Robt
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
#9630
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of: 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Jody Devall & J, A & K as SUV for Robt (CM)
     Jody, Andrea and Karrie Devall in their
     capacity as the legal survivors of
     Robert Devall and Jody Devall
     , LA

Invoice#: 03-05687-3619-FL

Case Number: 03-05687
     Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                                    $.00
Arbitration Fee Total:                                $600.00
Total Fees:                                           $600.00
Credits To Date:                                                        0.00
Credits By Others:                                                   $600.00
Less Credits To Others:                                                $.00
Less Refunds:                                                          $.00

Balance Due:                                           $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, lgl survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Pourciau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks

STATEMENT OF ACCOUNT

N.J. Stellings
Lionel Theriot
Richard and Dona White
George A. Moore and Elaine M. Moore
Cheryl Taylor
Pat Saletich
Russell & Palmer Perque, legal survivr
Willie and Laverne Baker
Arthur and Jacqueline Lambert
Charles O. and Connie Miller


Please Make Check Payable to:

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WTC- RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL  33486

As of:  05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Willie and Laverne Baker (CW)
     , LA

Involved: 03-05687-2520-FL

Case Number: 03-05687
     Name: Weyland Adams, Teleson Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|---------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                              $.00
Arbitration Fee Total:                          $600.00
Total Fees:                                     $600.00
Credits To Date:                                             $.00
Credits By Others:                                         $600.00
Less Credits To Others:                                      $.00
Less Refunds:                                                $.00

Balance Due:                                    $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

     Weyland Adams
     Teleson Babin
     Mary Babin
     The Babin Family Trust
     Willard Beard
     Sharon Bennett, 1g1 survivor of Richard
     Oheron Bennett
     Eddie Carroll
     Audrey Crochet
     James Duty
     Kirby Duty
     George Franklin
     Louis Gauthier, Jr.
     Charles T. Miller
     George Ashley Moore
     Russell Normand
     Charles and Candace Norton
     Robert Parent
     Glenn Parrott
     Allen Pourciau
     Warren Richard
     Ronald Richardson
     Bradley Simon
     Carl Smith
     Andrew Spinks
     M.J. Stallings
     Lionel Theriot
     Richard and Dona White

STATEMENT OF ACCOUNT

George A. Moore and Elaine M. Moore
Cheryl Taylor
Dat Geletich
Russell & Palmer Parque, legal survivr
Jody Devall & J. A & K as suv for Robt
Arthur and Jacqualine Lambert
Charles O. and Connie Miller

**Please Make Check Payable to:**

NASD Dispute Resolution
W9530
P.O. Box 7777
Philadelphia, PA  19175-9530

WJC: RPG2A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle. Suite 200
Boca Raton, FL 33496

As of:  05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA  70170-4600

FOR: Arthur and Jacqueline Lambert (CW)
     . LA

Invoice#: 03-05687-2521-FL

Case Number: 03 05697
     Name: Wayland Adams. Taleson Babin and Mary Babin, et al vs.
           David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|------|-------------|-----------|---------|-----------|------------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced: Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:
Arbitration Fee Total:                              $.00
Total Fees:                                      $600.00
Credits To Date:                                 $600.00
Credits By Others:                                          $.00
Less Credits To Others:                                   $600.00
Less Refunds:                                               $.00
                                                           $.00

Balance Due:                                       $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

     Wayland Adams
     Taleson Babin
     Mary Babin
     The Babin Family Trust
     Willard Beard
     Sharon Bennett, lyl surviver of Richard
     Sharon Bennett
     Eddie Carroll
     Audrey Crochet
     James Duty
     Kirby Duty
     George Franklin
     Louis Gauthier, Jr.
     Charles T. Miller
     George Ashley Moore
     Russell Normand
     Charles and Candace Norton
     Robert Parent
     Glenn Parrott
     Allen Pourciau
     Warren Richard
     Ronald Richardson
     Bradley Simon
     Carl Smith
     Andrew Opinks
     N.J. Stallings
     Lionel Theriot
     Richard and Dona White

STATEMENT OF ACCOUNT

George A. Moore and Elaine M. Moore
Cheryl Taylor
Pat Salatinh
Russell & Palmer Parque, legal survivr
Judy Devall & J, R & K as suv for Robt
Willie and Laverne Baker
Charles C. and Connie Miller

Please Make Check Payable to:

NASD Dispute Resolution
M9530
P.O. Box 7777
Philadelphia, PA  19175-9520

WJC: RF02A

STATEMENT OF ACCOUNT

NASD Dispute Resolution
Boca Center Tower 1
5200 Town Center Circle, Suite 200
Boca Raton, FL 33486

As of. 05/15/2006

TO: Joseph C. Peiffer, Esq.
    Correro Fishman Haygood Phelps, et al
    201 St. Charles Avenue
    46th Floor
    New Orleans, LA 70170-4600

FOR: Charles O. and Connie Miller (CW)
    , LA

Invoice#: 03-05697-2522-FL

Case Number: 03-05697
        Name: Wayland Adams, Teleson Babin and Mary Babin, et al vs.
        David McFadden and Securities America, Inc.

| Date | Multiple Party | Description | Fees Owed | Credits | Check No. | Check Date |
|------|-------|-------------|-----------|---------|-----------|-----------|
| 08/13/2003 | * | Hearing Session Deposit - Initial Claim | $1,200.00 | | | |
| 08/13/2003 | * | Filing Fee - Initial Claim | $600.00 | | | |
| 05/11/2006 | * | Reduced. Hearing Session Deposit - Initial Claim | -$1,200.00 | | | |

Mediation Fee Total:                                  $.00
Arbitration Fee Total:                              $600.00
Total Fees:                                         $600.00
Credits To Date:                                                  $.00
Credits By Others:                                             $600.00
Less Credits To Others:                                           $.00
Less Refunds.                                                     $.00

Balance Due:                                        $.00

* Transactions indicate joint and several responsibility

Others responsible for payment:

        Wayland Adams
        Teleson Babin
        Mary Babin
        The Babin Family Trust
        Willard Beard
        Sharon Bennett, 191 survivr of Richard
        Sharon Bennett
        Eddie Carroll
        Audrey Crochet
        James Duty
        Kirby Duty
        George Franklin
        Louis Gauthier, Jr.
        Charles T. Miller
        George Ashley Moore
        Russell Normand
        Charles and Candace Norton
        Robert Parent
        Glenn Parrott
        Allen Poulleau
        Warren Richard
        Ronald Richardson
        Bradley Simon
        Carl Smith
        Andrew Spinks
        M.J. Stallings
        Lionel Theriot
        Richard and Dona White